No. 93–1059. MARSH v. PENROD DRILLING CORP. Ct. App. La., 4th Cir. Certiorari denied.

No. 93–1060. KRYNICKI v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–1064. MOORE v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 93–1065. HARTBARGER v. FRANK PAXTON CO. Sup. Ct. N. M. Certiorari denied.

No. 93–1067. TV NEWS CLIPS OF ATLANTA, INC., ET AL. v. GEORGIA TELEVISION CO., DBA WSB–TV. C. A. 11th Cir. Certiorari denied.

No. 93–1069. KATZ v. LEAR SIEGLER, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 93–1072. DeLONG ET AL. v. INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA (UAW) ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–1075. BONAPFEL, TRUSTEE FOR THE BANKRUPTCY ESTATE OF CARPET CENTER LEASING CO., INC. v. NALLEY MOTOR TRUCKS, A DIVISION OF NALLEY CHEVROLET, INC. C. A. 11th Cir. Certiorari denied.

No. 93–1076. WRIGHT, ADMINISTRATOR OF THE ESTATE OF WRIGHT, DECEASED v. CRAWFORD LONG HOSPITAL OF EMORY UNIVERSITY ET AL. Ct. App. Ga. Certiorari denied.

No. 93–1077. KLINE v. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. Ct. App. Kan. Certiorari denied.

No. 93–1080. DOCTOR'S ASSOCIATES, INC. v. COX ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 93–1082. MORRISON ET AL. v. MOBIL OIL CORP. C. A. 10th Cir. Certiorari denied.